REC'D IN COURT OF APPEALS
12th Court of Appeals District

MAR - 6 2014

TYLER TEXAS
CATHY S. LUSK, CLERK

Twelfth Court of Appeal...

I Willis Henry Green never did receive States exibits 35,
and 43. Here are a copy of some of the indictments which
states a State Jail Felony charge and conviction. Charges
were never changed or enhanced. I should be released.

Thank you

Willis Dr...

P.S. I kept the original indictments because I can't get
a copy right now. When I do get a copy then I will mail
you a copy.

THE JURY WOULD LIKE TO SEE THE PHOTOS.
~~PHOTOS FROM 1~~

Here are 1-33. The game camera photos are only on the CD

F I L E D
AT 4:40 O'CLOCK P. M.
DEC - 5 2013
JANA ___ ES
CLERK, DISTRICT COURT
CHEROKEE COUNTY, TEXAS
BY ___ DEPUTY

CAUSE NO. 18971

THE STATE OF TEXAS               §        IN THE DISTRICT COURT
                                 §
VS.                              §        OF
                                 §
WILLIS HENRY GREEN               §        CHEROKEE COUNTY, TEXAS

ORDER DISCHARGING COURT-APPOINTED COUNSEL *on appeal*
AND SUBSTITUTING COURT-APPOINTED COUNSEL *on appeal*

IT IS ORDERED that WILLIAM K. WILDER is discharged as court-appointed

*on appeal*

counsel for the Defendant, WILLIS HENRY GREEN, charged with BURGLARY OF A

BUILDING-Count 1 and Count 2 (SJF) in the above-referenced cause and the following

attorney is substituted as court-appointed counsel for Defendant *on appeal*:

ALLEN ROSS
P. O. Box 528
Jacksonville, Texas 75755
903: 589-7852
State Bar No.: 00788324

Signed this the 13th day of March, 2014.

_____
JUDGE PRESIDING

FILED
AT 2:48 O'CLOCK P M.

MAR 18 2014

JANET GATES
CLERK, DISTRICT COURT
CHEROKEE COUNTY, TEXAS
BY _____ DEPUTY

3



STATE OF TEXAS                                  COUNTY OF CHEROKEE

## PROBABLE CAUSE AFFIDAVIT

I am a certified and licensed law enforcement officer for the State Of Texas. I have good reason to believe and do believe that the accused person, Willis Henry Green B/M DOB 12-28-74, did on or about the 15th day of April, 2013, commit the offense of Burglary of a Building, which offense charged is classified as a:

( ) **MISDEMEANOR**  (☒) **FELONY** and is against the laws of the State Of Texas.

The good reason and belief is based upon the following facts and circumstances.

The Cherokee County Sheriff's Office received a report of a burglary on 4-17-13 in the Weeping Mary community. There were numerous photographs taken by a game camera of the suspect on the complainants property. Through further investigation Willis Green was identified as the person in the photographs. On Monday 5-6-13 Willis Green was arrested on an unrelated outstanding warrant for UUMV. During an interview with Willis Green under Miranda he admitted to being on the complainants property and that he was the person in the photographs. Willis Green also admitted to removing some of the complainants property. Willis Green admitted to entering into the complainants cabin and looking around without the complainants consent. There were numerous cabins located on the complainants property due to this being a hunting lease. There was also another cabin that was entered which belongs to a different person. Willis Green received 2 separate charges of Burglary of a Building due to the cabins belonging to separate persons.

Witness my signature this 8th day of May, 2013.

Affiant: _____ 511 _____ Agency: Cherokee County Sheriff's Office
          (Signature of Affiant)

Subscribed and Sworn to before me this 8th day of May 2013.

_____
Notary Public / Peace Officer
Magistrate

OFFICE OF THE DISTRICT CLERK
CHEROKEE COUNTY, TEXAS

Janet Gates, Clerk
P.O. Drawer "C"
Rusk, Texas 75785

August 28, 2013                                    (903) 683-4533

STEN M. LANGSJOEN                    Attorney at Law
P.O. BOX 539

TYLER, TEXAS   75702

Dear Counsel,

You were appointed to represent GREEN,WILLIS HENRY

by a District Judge of the 2nd Judicial District before the above

named Defendant was Indicted. Notification was sent to you at

that time.

On the  26th  day of August   , 2013  , the Grand Jury of

Cherokee County, Texas indicted said Defendant for the offense

of BURGLARY OF BUILDING      COUNT 1 & COUNT 2

Case number:_____18971.

Defendant's address is (if available)

____X____   203 CR 2917

            ALTO TX 75925

____/____   COUNTY JAIL

_____   OUTSTANDING WARRANT

Janet Gates, District Clerk

BY:_____ Deputy
   PAT HANSON - DIST CLERK OFFICE

cc File

att: Indictment

P13                                              SCANNED